## WALKER v. WALKER.

RUSSELL, C. J. The judgment complained of is an order granting temporary alimony and counsel fees, rendered on September 7, 1933. The bill of exceptions was presented to the judge on October 6, 1933, more than twenty days after the rendition of the judgment. See Civil Code (1910), §§ 2987, 6153. *Writ of error dismissed. All the Justices concur.*

No. 10009. MARCH 13, 1934.

*H. Cliff Hatcher,* for plaintiff in error. *Lewis & Lewis,* contra.